UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22643 COOKE/GOODMAN

FEDERAL ELECTION COMMISSION,

    Plaintiff,

vs.

DAVID RIVERA,

    Defendant.

_____/

## AMENDED SCHEDULING ORDER

THIS MATTER is before the Court on the parties' Joint Scheduling Motion (ECF No. 88). In consideration of the parties' statements concerning the schedule in this case, it is hereby ORDERED that the existing Amended Order Setting Civil Trial Date and Pretrial Deadlines, (Docket No. 45) is hereby amended as follows:

Trial Date and Calendar Call. This case is set for trial on the Court's two-week trial period commencing Monday, July 20, 2020, at 9:30 a.m., before the undersigned United States District Judge at the Federal Courthouse, Courtroom 11-2, 400 North Miami Avenue, Miami, Florida. Calendar Call shall be held on Wednesday, July 15, 2020, at 3:00 p.m., at the same location.

Pretrial Deadlines. The pretrial deadlines are as follows:

| | |
|---|---|
| February 7, 2020 | All fact discovery shall be completed. |
| February 14, 2020 | All dispositive and other pretrial motions not explicitly excluded by S.D. Fla. L.R. 7.1.A.1 and accompanying memoranda of law must be filed. |
| June 12, 2020 | Joint pretrial stipulation and joint summary of the parties' motion(s) *in limine* shall be filed. |

| | |
|---|---|
| July 10, 2020 | Final proposed jury instructions and verdict form (for jury trial) or findings of fact and conclusions of law (for a bench trial) must be submitted, as well as witness lists, proposed *Voir Dire* questions, and deposition designations |
| July 15, 2020 | Calendar call |

**DONE and ORDERED** in Chambers, Miami, Florida, this 2nd day of January, 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*