**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22643 COOKE/GOODMAN**

|  |  |  |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DAVID RIVERA, | ) ) | NOTICE OF FILING |
| Defendant. | ) ) ) | |

**FEDERAL ELECTION COMMISSION'S NOTICE OF FILING**

Pursuant to the Order Granting Plaintiff Federal Election Commission's Motion for Summary Judgment (ECF No. 163), the Federal Election Commission ("FEC") submits the attached "proposed order setting forth the civil penalty and permanent injunction to be entered against Rivera." (*Id.* at 39.)  The attached order requires Rivera to pay "a civil penalty against Rivera in the amount of $456,000" as provided in this Court's Order.  (*Id.* at 38.) [1]

Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson (Special Bar No. A5502354) | /s/ Greg J. Mueller |
| Acting General Counsel | Greg J. Mueller (Special Bar No. A5502376) |
| lstevenson@fec.gov | gmueller@fec.gov |
| | Attorney |
| Kevin Deeley (Special Bar No. A5502355) | |
| Associate General Counsel | Shaina Ward (Special Bar No. A5502563) |
| kdeeley@fec.gov | sward@fec.gov |
| | Attorney |

---

[1] The FEC notes that it erred in seeking "a civil penalty of 700% of the $75,927.31 in contributions he made, a rounded amount of $456,000." FEC's Mem. in Support of its Mot. for Summ. J. at 1-2 (ECF No. 142); *id.* at 17, 20.  A rounded sum of 700% of that amount in violation would be $531,000, while $456,000 represents a 600% rounded sum.  We regret the error.  To ensure that there is no prejudice to defendant as a result, the attached proposed order requires a payment consistent with the requested $456,000 amount (*i.e.*, 600%, not 700%).

February 26, 2021                                FOR THE PLAINTIFF
                                                 FEDERAL ELECTION COMMISSION
                                                 1050 First Street, NE
                                                 Washington, D.C.  20463
                                                 (202) 694-1650

## CERTIFICATE OF SERVICE

   I, Greg J. Mueller, certify that on February 26, 2021, I electronically filed the foregoing Notice of Filing with the Clerk of the United States District Court for the Southern District of Florida by using the Court's CM/ECF system, which sent notification of such filing to the following:

Roy J. Kahn, Esq.
rjk@roykahnlaw.com
*Counsel for Defendant David Rivera*

      /s/ Greg J. Mueller
      Greg J. Mueller (Special Bar No. A5502376)
      gmueller@fec.gov
      Attorney