UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22643 COOKE/GOODMAN

| | |
|---|---|
| FEDERAL ELECTION COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| DAVID RIVERA, | )   STATUS REPORT |
| Defendant. | ) |

**FEDERAL ELECTION COMMISSION'S STATUS REPORT**

Pursuant to Magistrate Judge Goodman's Paperless Order (ECF No. 165) regarding plaintiff Federal Election Commission's Motion for Sanctions (ECF No. 133) (the "Motion"), the Federal Election Commission ("FEC") submits the following Status Report.

The FEC explained in its Motion that defendant David Rivera's repeated unwillingness to agree to appear for deposition and noncompliance with this Court's order met the criteria for the imposition of sanctions. The FEC sought (1) to have defendant David Rivera's answer stricken; (2) to have default judgment entered; and (3) to recover $1,853.60 it incurred in court-reporter costs for the attempted deposition of Rivera on July 20, 2020, which included nearly six hours of waiting time. As indicated in the Paperless Order, however, the District Court's Order granting the FEC's Motion for Summary Judgment (ECF No. 163) moots the first two requests for relief and imposes substantial civil penalties. To eliminate the need for this Court to resolve the FEC's remaining request in the Motion and thus conserve judicial resources, the FEC agreed to reduce the costs it seeks by half to a sum in the amount of $927.00. The FEC conferred with counsel for Rivera, who stated that his client has agreed to the terms of the FEC's proposed resolution of

the Motion, and agreed to reimburse the FEC the $927.00, payable with the final judgment to be entered by the District Court. Accordingly, the parties have resolved the FEC's Motion for Sanctions, and respectfully request that $927.00 in costs be awarded to the FEC, to be paid in conjunction with the Final Judgment entered by the District Court. A proposed Order is submitted herewith.

                                                               Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson (Special Bar No. A5502354)<br>Acting General Counsel<br>lstevenson@fec.gov | /s/ Shaina Ward<br>Shaina Ward (Special Bar No. A5502563)<br>sward@fec.gov<br>Attorney |
| Kevin Deeley (Special Bar No. A5502355)<br>Associate General Counsel<br>kdeeley@fec.gov | Greg J. Mueller (Special Bar No. A5502376)<br>gmueller@fec.gov<br>Attorney |
| March 8, 2021 | FOR THE PLAINTIFF<br>FEDERAL ELECTION COMMISSION<br>1050 First Street, NE<br>Washington, D.C. 20463<br>(202) 694-1650 |

## CERTIFICATE OF SERVICE

      I, Shaina Ward, certify that on March 8, 2021, I electronically filed the foregoing Status Report and Proposed Order with the Clerk of the United States District Court for the Southern District of Florida by using the Court's CM/ECF system, which sent notification of such filing to the following:

Roy J. Kahn, Esq.
rjk@roykahnlaw.com
*Counsel for Defendant David Rivera*

                /s/ Shaina Ward
                Shaina Ward (Special Bar No. A5502563)
                sward@fec.gov
                Attorney