# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 17-22643-CIV-COOKE/GOODMAN

FEDERAL ELECTION COMMISSION,

    Plaintiff,

v.

DAVID RIVERA,

    Defendant.

_____/

## AGREED ORDER ON MOTION FOR SANCTIONS

At the direction of the Undersigned, Plaintiff Federal Election Commission filed a Status Report [ECF Nos. 165; 168] regarding its Motion for Sanctions (the "Motion") [ECF No. 133] and whether the parties reached a resolution of their dispute. The FEC advised that the parties came to an agreement regarding Defendant's reimbursement of the costs that the FEC seeks as a sanction for Defendant's discovery misconduct.

Accordingly, Defendant David Rivera shall reimburse the FEC's costs of **$927.00**, payable with the Final Judgment to be entered by the District Court.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on March 8, 2021.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**<u>Copies furnished to</u>:**
The Honorable Marcia G. Cooke
All counsel of record