UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22643-Civ-COOKE/GOODMAN

FEDERAL ELECTION COMMISSION,

    Plaintiff,

v.

DAVID RIVERA,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On February 23, 2021, this Court issued an Order Granting Plaintiff Federal Election Commission's Motion for Summary Judgment (ECF No. 163) against Defendant David Rivera for violating 52 U.S.C. § 30122. On March 24, 2022, this Court issued an Order Denying Defendant David Rivera's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 176). For the reasons stated in those orders and pursuant to Federal Rules of Civil Procedure 56 and 58:

The Court **DECLARES** that Defendant David Rivera knowingly and willfully violated 52 U.S.C. § 30122 by making contributions in the name of another.

It is **ORDERED** that defendant David Rivera shall pay a civil penalty of $456,000 and costs of $927 to the United States Department of the Treasury.

It is further **ORDERED** that defendant David Rivera is permanently enjoined from further making of contributions in the name of another in violation of 52 U.S.C. § 30122.

**DONE and ORDERED** in Chambers in Miami, Florida, this 29th day of March 2022.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*