UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22643-CIV-CANNON

FEDERAL ELECTION COMMISSION,

    Plaintiff,

v.

DAVID RIVERA,

    Defendant.

_____/

## ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, *see* ECF No. 217, hereby recuses himself based upon a review of the pending record and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and the Local Rules and Internal Operating Procedures of the Court.

DONE AND ORDERED this 31st day of October, 2024.

*[signature]*
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules, Internal Operating Procedures, and applicable Administrative Orders for the Southern District of Florida, this cause will be reassigned by the Clerk's Office to the calendar of __Magistrate Judge Marty Fulgueira Elfenbein__.

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation:

__17-cv-22643-Cannon/Elfenbein__.

BY ORDER OF COURT this __31st__ day of October, 2024, Miami, Florida.

          ANGELA E. NOBLE
          CLERK OF COURT

          By: __Valerie Kemp__
               Deputy Clerk

cc:  The Honorable Aileen M. Cannon
     Counsel of Record