UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-22643-CIV-CANNON/Sanchez

**FEDERAL ELECTION COMMISSION**,

    Plaintiff,

v.

**DAVID RIVERA**,

    Defendant.
_____/

**ORDER FOLLOWING STATUS CONFERENCE; REQUIRING STATUS REPORT ON SETTLEMENT; AND DENYING FEE MOTION WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court following a Status Conference held on November 4, 2024 [ECF No. 218]. For the reasons discussed in open Court, and to promote orderly and efficient proceedings in this matter, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Premature Motion for Appeal-Related Attorneys' Fees [ECF No. 216] is **DENIED WITHOUT PREJUDICE**, to be refiled pending resolution of this matter in accordance with the parties' agreement.

2. On or before **January 6**, **2025**, the parties shall file a Joint Status Report updating the Court on the status of the parties' negotiations and their request for referral to Magistrate Judge Sanchez for a settlement conference. Any disagreements can be denoted separately.

3. Any trial briefs are due on or before **June 2**, **2025**.

CASE NO. 22-81880-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of November 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record