# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-22643 CANNON/ELFENBEIN

|  |  |
|---|---|
| FEDERAL ELECTION COMMISSION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DAVID RIVERA, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this

action with prejudice, with each party to bear all of its own costs, expenses and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Greg J. Mueller | /s/ Jeffery D. Feldman (by gjm w/ consent) |
| Lisa J. Stevenson (Special Bar No. A5502354) | Jeffrey D. Feldman |
| Acting General Counsel | JEFFREY D. FELDMAN, P.A. |
| lstevenson@fec.gov | 6585 Nicholas Blvd Unit Assoc |
| | Naples, FL 34108 |
| Shaina Ward (Special Bar No. A5502431) | Phone: 305.206.0430 |
| Acting Assistant General Counsel | jfeldman@jeffreydfeldmanpa.com |
| sward@fec.gov | |
| | Thomas L. Hunker |
| Greg J. Mueller (Special Bar No. A5502376) | HUNKER PAXTON APPEALS & TRIALS |
| Attorney | 1 East Broward Boulevard, Suite 700 |
| gmueller@fec.gov | Fort Lauderdale, FL 33301 |
| | Phone: 877.841.8808 |
| *Counsel for Plaintiff* | Fax: 954.477.7313 |
| FEDERAL ELECTION COMMISSION | thomas.hunker@hunkerappeals.com |
| 1050 First Street NE | |
| Washington, D.C.  20463 | *Counsel for Defendant David Rivera* |
| (202) 694-1650 | |

January 6, 2025

**CERTIFICATE OF SERVICE**

I, Greg J. Mueller, counsel of record in this case, certify that on January 6, 2025, I

electronically filed the foregoing Stipulation of Dismissal with the Clerk of the United States

District Court for the Southern District of Florida by using the Court's CM/ECF system, which

sent notification of such filing to the following:

Jeffrey D. Feldman, Esq.
jfeldman@jeffreydfeldmanpa.com

Thomas Lee Hunker, Esq.
thomas.hunker@hunkerappeals.com
*Counsel for Defendant David Rivera*

/s/ Greg J. Mueller
Greg J. Mueller (Special Bar No. A5502376)
Attorney
gmueller@fec.gov